JS-6

FILED
CLERK, U.S. DISTRICT COURT

JUL 1 3 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

IRELL & MANELLA LLP
Gary N. Frischling (130583)
E-mail: gfrischling@irell.com
Keith A. Orso (217490)
E-mail: korso@irell.com
Nathan Lowenstein (241067)
E-mail: nlowenstein@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

IRELL & MANELLA LLP
Layn R. Phillips (103854)
E-mail: lphillips@irell.com
840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324
Telephone: (949) 760-0991
Facsimile: (949) 760-5200

Attorneys for Defendant
TEXAS INSTRUMENTS
INCORPORATED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

MICROPROCESSOR ENHANCEMENT CORPORATION and MICHAEL H. BRANIGIN,

    Plaintiffs,

vs.

ARCHOS, INC.,

    Defendant.

Case No. CV 09-00606 SVW (RNBx)

[~~PROPOSED~~] JUDGMENT

Judge: Hon. Stephen V. Wilson

1  The parties have stipulated to be bound by the Court's liability determinations
2  regarding the OMAP 3/Cortex-A8 computer processors in the related action of
3  *Microprocessor Enhancement Corp., et al. v. Texas Instruments Inc.*, No. SA CV
4  08-1123-SVW (RNBx) (C.D. Cal.). (*See* Dkt. #17 at ¶ 5.) In light of the Court's
5  Order Granting Texas Instruments Incorporated's Motion for Summary Judgment of
6  Noninfringement with Respect to OMAP 2/ARM1136 and OMAP 3/Cortex-A8,
7  (*see* No. SA CV 08-1123-SVW, Dkt. #129), the Court finds that:

   1.  The Cortex-A8 processor cores do not infringe United States Patent No. 5,471,593;

   2.  Archos, Inc.'s OMAP 3 products do not infringe United States Patent No. 5,471,593; and

   3.  Archos, Inc. is entitled to summary judgment of noninfringement with respect to the OMAP 3 products and the Cortex-A8 processors incorporated in them.

   4.  Archos, Inc. shall recover its costs of suit.

**NOW THEREFORE, IT IS HEREBY ORDERED THAT:**

(1) Plaintiffs shall take nothing from defendant Archos, Inc. and that judgment for Archos, Inc. is granted; and

(2) Archos, Inc. shall recover its costs of suit.

Dated: _July 13_, 2010

Hon. Stephen V. Wilson
UNITED STATES DISTRICT
COURT JUDGE

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2263222

- 1 -

[PROPOSED] JUDGMENT (Case No. CV 09-00606 SVW (RNBx))